UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEX M. BLUM, LUKE E. SOMMER, CHAD W. PALMER, TIGRA J.A. ROBERTSON, a/k/a "TIGRA RUYDER," a/k/a "TIGER RIDER," and NATHAN R. DUNMALL,

Defendants.

Case No. CR06-5528FDB

ORDER GRANTING CONTINUANCE OF PRETRIAL MOTIONS DUE DATE AND SETTING STATUS CONFERENCE

The parties having filed an agreed motion for an order continuing the pretrial motions cutoff date for good cause shown, IT IS ORDERED that the Pretrial Motion Deadline will be extended to October 12, 2006, the current pretrial conference date.

IT IS FURTHER ORDERED that **all counsel and their clients** attend a Status Conference on **Thursday, October 12, 2006 at 9:00 a.m.** in the undersigned judge's courtroom, at which time the motion to continue the trial date will be considered.

DATED this 5th day of October, 2006.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1