The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

LUKE ELLIOTT SOMMERS,

Defendant.

NO.  CR06-5528JLR

[PROPOSED] ~~PROPOSED~~ *HER*
ORDER GRANTING UNITED STATES'
MOTION TO EXTEND TIME TO FILE
RESPONSE

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before July 12, 2022, and the motion should be noted for that date.

DATED this 27 day of  June , 2022.

JAMES L. ROBART
United States District Court Judge

Presented by:

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Sommers*, CR06-5288JLR - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | /s/ Teal Luthy Miller
TEAL LUTHY MILLER
2 | Assistant United States Attorney

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Sommers,* CR06-5288JLR - 2