The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LUKE ELLIOTT SOMMERS,<br><br>Defendant. | Nos. CR09-257 JLR<br>CR09-436 JLR<br>CR06-5528 JLR<br><br>[~~PROPOSED~~]<br>ORDER GRANTING UNITED STATES'<br>SECOND MOTION TO EXTEND TIME TO<br>FILE RESPONSE |

**JLR**

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence states that IT IS HEREBY ORDERED that the Motion is GRANTED.

//
//
//

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE/
*United States v. Sommers,* CR09-257JLR, CR09-436JLR, CR06-5528JLR- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The United States may file its Response to Defendant's Motion for Compassionate
2  Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before July 26, 2022, and the motion
3  should be noted for that date.
4  DATED this 6th day of July, 2022.

JAMES L. ROBART
United States District Court Judge

Presented by:
/s/ Teal Luthy Miller
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE/
*United States v. Sommers,* CR09-257JLR, CR09-436JLR, CR06-5528JLR- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970