The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LUKE ELLIOTT SOMMER,<br><br>Defendant. | Nos. CR09-257 JLR<br>CR09-436 JLR<br>CR06-5528 JLR<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. Any amened or supplement motion of behalf of the defendant should be filed on or before July 29, 2022;

b. The government's response to the motion should be filed on or before August 12, 2022;

c. Any reply should then be filed on or before August 19, 2022; and

d. The matter noted for August 19, 2022.

DATED this 26th day of July, 2022.

JAMES L. ROBART
United States District Court Judge

Presented by:

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Sommer,* CR09-257JLR, CR09-436JLR, CR06-5528JLR
- 1

| | |
|---|---|
| 1 | *s/ Teal Luthy Miller* |
| 2 | TEAL LUTHY MILLER |
|   | Assistant United States Attorney |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Sommer,* CR09-257JLR, CR09-436JLR, CR06-5528JLR
- 2