The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE ELLIOTT SOMMER,<br><br>Defendant. | Nos. CR09-257 JLR<br>CR09-436 JLR<br>CR06-5528 JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL EXHIBIT B TO UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit B to United States' Opposition to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit B to United States' Opposition to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//

Sealing Order - 1
U.S. v. Sommer, CR09-257JLR, CR09-436JLR, CR06-5528JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit B to United States' Opposition Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) be filed under seal.

DATED this 12th day of August, 2022.

JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ Teal Luthy Miller
TEAL LUTHY MILLER
Assistant United States Attorney

Sealing Order - 2
U.S. v. Sommer, CR09-257JLR, CR09-436JLR, CR06-5528JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970