1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

LUKE ELLIOTT SOMMER,

                Defendant.

NO. CR09-257 JLR
     CR09-436 JLR
     CR06-5528 JLR

**ORDER REDUCING SENTENCE**

     The Court previously granted in part Defendant Luke Elliot Sommer's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Order, Dkt. 54 in CR09-257 JLR, Dkt. 33 in CR09-436JLR, and Dkt. 470 in CR06-5528JLR.

     After holding a hearing on November 2, 2022, and considering the written filings and oral arguments presented by the parties, and the written and oral victim impact statements, the Court hereby reduces the previously imposed sentences as follows:

1.  In case CR06-5528, the Court reduces the total sentence from 277 months to 132 months. The sentence shall be imposed as follows –

- Counts 1, 2, and 9: 48 months on each count, to be served concurrently with each other; and

- Count 4: 84 months, consecutive to Counts 1, 2, and 9

Order Continuing Trial
*United States v. Williams*, CR21-09 JCC – 1

2. In cases CR09-257 JLR and CR09-436 JLR, the Court makes no modification to the sentences. Therefore, the previously imposed 10-year consecutive sentences in both cases remain in place and shall continue to be served consecutively with the sentence in CR06-5528 JLR.

3. The total sentence imposed collectively on all three cases is therefore reduced to 372 months.

4. All conditions of supervised release remain unchanged.

Dated this 9th day of November, 2022.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/ Todd Greenberg*
 Todd Greenberg
Assistant United States Attorney